# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JONATHAN LOWERY**                                                                                          **PLAINTIFF**

vs.                                                     NO. 4:06CV00325 GTE

**RINECO CHEMICAL INDUSTRIES, INC.**                                              **DEFENDANT**

### ORDER OF DISMISSAL

Pending before the Court is the Joint Motion to Dismiss this case with prejudice. The parties state that this case has been settled.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 1st day of December, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE